

# Fourth Court of Appeals
## San Antonio, Texas
Tuesday, January 27, 2015

No. 04-14-00513-CR

Marcos **MELENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7816
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The appellant's brief was filed in this appeal on October 21, 2014; therefore, the State's brief was originally due to be filed on November 20, 2014. On November 26, 2014, the State filed its first motion for extension of time to file its brief requesting an extension based on the State's workload. The State's first motion for extension of time was granted, extending the deadline for filing the brief to December 22, 2014. On December 29, 2014, the State filed a second motion for extension of time requesting an additional extension of time based on the administrative work involved in transitioning under a newly elected district attorney. The State's second motion for extension of time was granted, extending the deadline for filing the brief to January 21, 2015. On January 26, 2015, the State filed a third motion for extension of time requesting an additional extension of time based on the delays caused by moving the appellate division's offices. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by February 20, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court